ᑌᔕ-ᖯ

```
                                    FILED
                           CLERK, U.S. DISTRICT COURT

                              MAR - 4 2008

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                      DEPUTY
```

1 | THOMAS. P. O'BRIEN
United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | PIO S. KIM, Cal. Bar No. 156679
Assistant United States Attorneys
6 |    Federal Courthouse, 14th Floor
   312 North Spring Street
7 |    Los Angeles, California 90012
   Telephone:    (213) 894-2589
8 |    Facsimile:    (213) 894-7177
   Email: pio.kim@usdoj.gov
9 |
Attorneys for Plaintiff
10 | United States of America

11 |

12 |                UNITED STATES DISTRICT COURT

13 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 |                     WESTERN DIVISION

15 | UNITED STATES OF AMERICA,    )    NO.  CV 03-7112 RJK (CTx)
                                 )
16 |              Plaintiff,     )    CONSENT JUDGMENT
                                 )
17 |         v.                  )
                                 )
18 | REAL PROPERTY LOCATED AT     )
   6015 RANDOLPH STREET,        )
19 | COMMERCE, CALIFORNIA,        )
                                 )
20 |              Defendant.     )
                                 )
21 | _____    )
                                 )
22 | ARMANDO SALCEDO MIRANDA,     )
                                 )
23 |              Claimant.      )
                                 )
24 | _____    )

25 |

26 |      WHEREAS on October 3, 2003, plaintiff United States of

27 | America (the "government") filed this forfeiture action against

28 | the defendant Real Property Located at 6015 Randolph Street,

1  Commerce, California (the "defendant real property"),

2      WHEREAS the government has caused process to be served on

3  the defendant real property, notice to be published, and claim

4  letters to be served,

5      WHEREAS claimant Armando Salcedo has filed a written claim

6  of interest in the defendant property,

7      WHEREAS pursuant to the stipulation between the government

8  and claimant Armando Salcedo, the defendant real property was

9  sold and the net proceeds of the sale in the amount of

10  $1,650,244.09 (the "defendant funds") were substituted in the

11  place of the defendant real property as the defendant *res* in this

12  action,

13      The Court, having been duly advised of and having considered

14  the matter, and based upon the mutual consent of claimant Armando

15  Salcedo and potential claimant Maricela Salcedo (collectively,

16  the "claimants"), and the government, HEREBY ORDERS, ADJUDGES,

17  AND DECREES:

18      1.  This Court has jurisdiction over this action pursuant to

19  28 U.S.C. §§ 1345 and 1355.

20      2.  The Complaint for Forfeiture states claims for relief

21  pursuant to 18 U.S.C. § 981(a)(1)(A)&(C).

22      3.  Notice of this action has been given as required by law.

23  No appearance has been made in this action by any person other

24  than claimant Armando Salcedo, and the time for making an

25  appearance has expired.  The Court deems that all potential

26  claimants other than claimant Armando Salcedo admit the

27

28                              2

1  allegations of the Complaint for Forfeiture to be true, and
2  hereby enters default against all other potential claimants.

3      4.   The defendant funds and any interest accrued thereon are
4  forfeited to the government, and no other right, title, or
5  interest shall exist therein.   The government shall dispose of
6  the funds and interest according to law.

7      5.   The claimants hereby release the United States of
8  America, the State of California, all counties, municipalities
9  and cities within the State of California, and any of foregoing's
10 agencies, departments, offices, agents, employees and officers,
11 including, but not limited to, the United States Attorney's
12 Office, the United States Customs Service, the United States
13 Immigration and Customs Enforcement, and any of the foregoing's
14 employees and agents, from any and all, known or unknown, claims,
15 causes of action, rights, and liabilities, including, without
16 limitation, any claim for attorney's fees, costs, or interest
17 which may be now or later asserted by or on behalf of the
18 claimants, arising out of or related to this action.   The
19 claimants represent and agree that they have not assigned and are
20 the rightful owners of such claims, causes of action and rights.

21     6.   The Court finds that there was reasonable cause for the
22 recording of a lis pendens against the defendant real property
23 and institution of these proceedings.   This judgment shall be
24 construed as a certificate of reasonable cause pursuant to 28
25 U.S.C. § 2465.

26 / / /

27

28                                    3

7.   The parties shall each bear their own attorney's fees and other costs and expenses of litigation.

DATED: March 4, 2008                    _____
                                        UNITED STATES DISTRICT JUDGE

## CONSENT

The parties consent to judgment and waive any right of appeal.

DATED: Feb 22, 2008          THOMAS P. O'BRIEN
                             United States Attorney
                             CHRISTINE C. EWELL
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section

                             _____
                             PIO S. KIM
                             Assistant United States Attorney

                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA

                             {see next page}
DATED: _____, 2008       _____
                             ARMANDO SALCEDO

                             {see next page}
DATED: _____, 2008       _____
                             MARICELA SALCEDO

Approved as to form and content.

                             {see next page}
DATED: _____, 2008       _____
                             DONALD M. RE
                             Attorney for claimant
                             Armando Salcedo

                             {see next page}
DATED: _____, 2008       _____
                             ELON A. POLLACK
                             Attorney for potential claimant
                             Maricela Salcedo

4

1    7. The parties shall each bear their own attorney's fees
2    and other costs and expenses of litigation.
3        DATED:_____, 2008
                                    _____
4                                   UNITED STATES DISTRICT JUDGE

5                                   CONSENT
6        The parties consent to judgment and waive any right of
7    appeal.
8        DATED: _____, 2008    THOMAS P. O'BRIEN
                                    United States Attorney
9                                   CHRISTINE C. EWELL
                                    Assistant United States Attorney
10                                  Chief, Criminal Division
                                    STEVEN R. WELK
11                                  Assistant United States Attorney
                                    Chief, Asset Forfeiture Section
12
                                    _____
13                                  PIO S. KIM
                                    Assistant United States Attorney
14
                                    Attorneys for Plaintiff
15                                  UNITED STATES OF AMERICA

16
    DATED: 2-20, 2008               _____
17                                  ARMANDO SALCEDO

18                                      {see next page}
    DATED: _____, 2008         _____
19                                  MARICELA SALCEDO

20
    Approved as to form and content.
21
22   DATED: 2-20, 2008              _____
                                    DONALD M. RE
23                                  Attorney for claimant
                                    Armando Salcedo
24                                      {see next page}
25   DATED: _____, 2008        _____
                                    ELON A. POLLACK
26                                  Attorney for potential claimant
                                    Maricela Salcedo
27
28
                                    5

7.  The parties shall each bear their own attorney's fees
and other costs and expenses of litigation.

DATED:_____, 2008

_____
UNITED STATES DISTRICT JUDGE

CONSENT

The parties consent to judgment and waive any right of
appeal.

DATED: _____, 2008      THOMAS P. O'BRIEN
                             United States Attorney
                             CHRISTINE C. EWELL
                             Assistant United States Attorney
                             Chief, Criminal Division
                             STEVEN R. WELK
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section

                             _____
                             PIO S. KIM
                             Assistant United States Attorney

                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA

DATED: _____, 2008      _____
                             ARMANDO SALCEDO

DATED: 2-20____, 2008        _____
                             MARICELA SALCEDO

Approved as to form and content.

DATED: _____, 2008      _____
                             DONALD M. RE
                             Attorney for claimant
                             Armando Salcedo

DATED: _____, 2008      { see next page }
                             _____
                             ELON A. POLLACK
                             Attorney for potential claimant
                             Maricela Salcedo

6

1    7.  The parties shall each bear their own attorney's fees
2  and other costs and expenses of litigation.
3        DATED:_____, 2008
4                                 UNITED STATES DISTRICT JUDGE

5                              CONSENT
6        The parties consent to judgment and waive any right of
7  appeal.
8        DATED: _____, 2008     THOMAS P. O'BRIEN
                                   United States Attorney
9                                  CHRISTINE C. EWELL
                                   Assistant United States Attorney
10                                 Chief, Criminal Division
                                   STEVEN R. WELK
11                                 Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
12

13                                 PIO S. KIM
                                   Assistant United States Attorney
14
15                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
16
17       DATED: _____, 2008      _____
                                   ARMANDO SALCEDO
18
19       DATED: _____, 2008      _____
                                   MARICELA SALCEDO
20
21  Approved as to form and content.
22       DATED: _____, 2008      _____
23                                 DONALD M. RE
                                   Attorney for claimant
24                                 Armando Salcedo
25       DATED: Feb 21, 2008       _Elon A Pollack_____
26                                 ELON A. POLLACK
                                   Attorney for potential claimant
27                                 Maricela Salcedo
28

                              7

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California.  My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On February 22, 2008, I served a CONSENT JUDGMENT on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  DONALD M. RE
     LAW OFFICES
     ONE WILSHIRE BUILDING
     624 SOUTH GRAND AVENUE, 22ND FLOOR
     LOS ANGELES, CA 90017

 X   I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

___ Via Fax

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: February 22, 2008 at Los Angeles, California.

TERESA MARTINEZ